162 So. 926

**SOUTHERN LIQUOR DISTRIBUTORS v. J. S. WILLIAMS, as Circuit Judge.**

4 Div. 203.

Court of Appeals of Alabama.
May 28, 1935.

J. W. Brassell, of Phenix City, for petitioner.

BRICKEN, Presiding Judge.
Writ denied.

---

154 So. 925

**Alfred SPANN v. CITY OF BIRMINGHAM.**

6 Div. 598.

Court of Appeals of Alabama.
April 19, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

---

152 So. 925

**Carl SPARKS v. STATE.**

7 Div. 10.

Court of Appeals of Alabama.
Jan. 16, 1934.

RICE, Judge.
Affirmed.

---

152 So. 925

**Wm. J. SQUIRES, Jr., v. CITY OF TUSCALOOSA.**

6 Div. 584.

Court of Appeals of Alabama.
Jan. 9, 1934.

RICE, Judge.
Affirmed.

---

159 So. 895

**STATE v. Leo B. CARTER.**

6 Div. 734.

Court of Appeals of Alabama.
Jan. 2, 1935.

BRICKEN, Presiding Judge.
Affirmed.

---

157 So. 923

**STATE v. Herman O. McELVANA.**

6 Div. 706.

Court of Appeals of Alabama.
Nov. 13, 1934.

Thos. E. Knight, Jr., Atty. Gen., Geo. Lewis Bailes, Sol., and Geo. R. Stuart, Jr., Asst. Sol., both of Birmingham, and George Ross, of Bessemer, for the State.

R. M. Montgomery, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed without prejudice.